UNITED STATES, Appellee

v

FRANK KENNETH CANTRELL, Seaman Recruit, U. S. Navy, Appellant

18 USCMA 572, 40 CMR 284

No. 22,152

September 12, 1969

*Captain Jeffery W. Maurer*, USMC, was on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche*, USMC, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

The inquiry into the appellant's plea of guilty to a single specification of absence without leave, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886, would not meet the standard that must apply to cases tried thirty days after the decision in United States v Care, 18 USCMA 535, 40 CMR 247. In this instance, however, Cantrell has given a statement in an attempt to secure mitigation, admit-

ting the unauthorized absence, one hundred eighty-nine days in duration. Therefore, we find the plea provident.

Accordingly, the decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I concur in the result. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.